1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Nicole L. Drey (SBN 250235)
   nicole@coombspc.com
3  J. Andrew Coombs, A. Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiff Disney
   Enterprises, Inc.
7
   Stephen T. Frank (SBN 49431)
8  stfesq@yahoo.com
   1114 State Street, Suite 271
9  Santa Barbara, California 93101-2733
   Telephone: (805) 962-0101
10 Facsimile: (805) 963-3982

11 Thomas W. Scroggins
   tscroggins@tannerguin.com
12 Tanner & Guin, LLC
   Capitol Park Center
13 2711 University Blvd. (35401-1465)
   P.O. Box 3206
14 Tuscaloosa, Alabama 35403-3206
   Telephone: (205) 633-0200
15 Facsimile: (205) 633-0290

16 Attorneys for Defendants Tan At The
   Beach Tanning Salon, Inc. and Colin
17 Wells

18

19              UNITED STATES DISTRICT COURT

20            CENTRAL DISTRICT OF CALIFORNIA

21 Disney Enterprises, Inc.,              )  Case No. CV 07-5217 GPS (SHx)
                                          )
22                    Plaintiff,          )  [PROPOSED] CONSENT DECREE
                                          )  AND PERMANENT INJUNCTION
23           v.                           )
                                          )
24 Tan At The Beach Tanning Salon, Inc.,  )
   Colin Wells, and Does 1 – 10, inclusive, )
25                                        )
                                          )
26                    Defendants.         )

27      The Court, having read and considered the Joint Stipulation Re Entry of

28 Consent Decree that has been executed by Plaintiff Disney Enterprises, Inc.,

Disney v. Tan At The Beach, et al.: [Proposed] Consent Decree        - 1 -

("Plaintiff") and Defendants Tan At The Beach Tanning Salon, Inc., and Colin Wells (collectively "Defendants") in this action, and good cause appearing therefore, hereby:

ORDERS that based on the parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, 15 U.S.C. § 1051, *et seq.*, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338.  Service of process was properly made against Defendants.

2)      Plaintiff is the owner of all rights in and to the fanciful characters, images and copyright registrations as well as trademark registrations listed in Exhibits "A" and "B" attached hereto and incorporated herein by this reference  (The characters, images, copyrights and trademarks identified in Exhibits A and B are collectively referred to herein as "Plaintiff's Properties").

3)      Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof.

4)      Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the Injunction are hereby restrained and enjoined from:

        a)      Infringing Plaintiff's Properties, either directly or contributorily, in any manner, including, generally, but not limited to, manufacturing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of Plaintiff's Properties ("Unauthorized Products"), and, specifically from:

Disney v. Tan At The Beach, et al.: [Proposed] Consent Decree          - 2 -

i)      Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Properties;

ii)     Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Properties;

iii)    Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff;

iv)     Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

5)   Each side shall bear its own fees and costs of suit.

6)   Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)   This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)   The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

11)   This Court shall retain jurisdiction over the Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: 2/28/08

Hon. George P. Schiavelli
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs,
A Professional Corporation

By: _____
      J. Andrew Coombs
      Nicole L. Drey
Attorneys for Plaintiff Disney
Enterprises, Inc.

Tanner & Guin, LLC

By: _____
      Thomas W. Scroggins
Attorney for Defendants Tan At
The Beach Tanning Salon, Inc.
and Colin Wells

EXhibit A

# EXHIBIT A

## DISNEY'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 58 937 | Mickey - I (Mickey Mouse) | Model Sheet |
| VA 58 938 | Minnie - I (Minnie Mouse) | Model Sheet |
| Gp 80 184 | Donald Duck | Publications Model Sheet |
| VA 58 933 | Daisy - 1 (Daisy Duck) | Model Sheet |
| VA 58 936 | Goofy -I (Goofy) | Model Sheet |
| Gp 80 192 | Pluto | Publications Model Sheet |
| VAu 64 814 | Baby Mickey | Model Sheet |
| VAu 64 814 | Baby Minnie | Model Sheet |
| VAu 73 216 | Baby Donald Duck | Model Sheet |
| VAu 73 217 | Baby Daisy Duck | Model Sheet |
| VAu 83 225 | Baby Goofy | Model Sheet |
| VAu 73 219 | Baby Pluto | Model Sheet |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man | Comic Strip |
| RE 424 728 | Walt Disney's Ludwig von Drake | Comic Strip |
| Gp 105 126 | Horace Horsecollar | Model Sheet |
| R 567 615 | Chip | Model Sheet |
| R 567 614 | Dale | Model Sheet |
| VA 184 345 | Huey, Dewey & Louie -1 | Model Sheet |
| Gp 105 128 | Clarabelle Cow | Model Sheet |
| RE 636 587 | **Winnie the Pooh and the Honey Tree** | Motion Picture |
| RE 718 378 | **Winnie the Pooh and the Blustery Day** | Motion Picture |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) | Model Sheet |
| Gp 81 528 | Rabbit | Publications Model Sheet |
| Gp 81 528 | Owl | Publications Model Sheet |
| Gp 85 651 | Kanga and Roo | Publications Model Sheet |
| Gp 81 528 | Eeyore | Publications Model Sheet |
| Gp 81 528 | Piglet | Publications Model Sheet |
| Gp 81 528 | Gopher | Publications Model Sheet |
| Gp 81 527 | Tigger | Publications Model Sheet |
| R 354 235 | **Snow White and the Seven Dwarfs** | Motion Picture |
| R 346 870 | Bashful | Drawings |
| R 346 869 | Doc | Drawings |

A

5

| | | |
|---|---|---|
| R 346 875 | Dopey | Drawings |
| R 346 876 | Grumpy | Drawings |
| R 346 871 | Happy | Drawings |
| R 346 874 | Sleepy | Drawings |
| R 346 873 | Sneezy | Drawings |
| R 346 872 | Snow White | Drawings |
| R 346 868 | Snow White "Witch" | Drawings |
| R 406 910 | **Pinocchio** | Motion Picture |
| Gp 80 186 | Pinocchio | Publications Model Sheet |
| Gp 80 188 | Jiminy Cricket | Publications Model Sheet |
| R 427 860 | **Fantasia** | Motion Picture |
| R 433 627 | **The Reluctant Dragon** | Motion Picture |
| R 442 538 | **Dumbo** | Motion Picture |
| R 428 428 | Dumbo Suggestions for Dumbo | Drawing |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" | Drawing |
| R 428 430 | Dumbo Ringmaster Suggestions 1348 | Drawing |
| R 428 427 | Dumbo - Stork Suggestions | Drawing |
| R 428 426 | Timothy Mouse Suggestions | Drawing |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 | Drawing |
| R 458 260 | **Bambi** | Motion Picture |
| R 433 645 | Bambi - Bambi | Drawing |
| R 433 630 | Bambi - Final Thumper Model - 2002 | Drawing |
| R 433 631 | Bambi - Skunk Model - 2002 | Drawing |
| R 433 636 | Bambi - Owl and Stag Models | Drawing |
| R 433 632 | Faline "Adolescent Age" | Drawing |
| R 433 633 | Bambi's Mother | Drawing |
| R 467 541 | **Saludos Amigos** | Motion Picture |
| R 464 785 | Joe Carioca | Drawing |
| R 516 560 | **The Three Caballeros** | Motion Picture |
| R 550 316 | **Make Mine Music** | Motion Picture |
| R 557 922 | **Song of the South** | Motion Picture |
| R 548 629 | Brer Rabbit | Drawing |
| R 548 626 | Brer Bear | Drawing |
| R 577 489 | **Fun and Fancy Free** | Motion Picture |
| R 605 180 | **Melody Time** | Motion Picture |
| R 636 303 | **The Adventures of Ichabod & Mr. Toad** | Motion Picture |
| R 648 396 | **Cinderella** | Motion Picture |
| R 632 319 | Cinderella | Copyright Booklet |
| R 632 319 | Drizella | Copyright Booklet |
| R 632 319 | Anastasia | Copyright Booklet |
| R 632 319 | Stepmother | Copyright Booklet |
| R 632 319 | Fairy Godmother | Copyright Booklet |
| R 632 319 | Prince | Copyright Booklet |
| R 632 319 | Bruno, the Dog | Copyright Booklet |
| R 632 319 | Lucifer, the Cat | Copyright Booklet |

| R 632 319 | Jaq and Gus | Copyright Booklet |
|---|---|---|
| RE 27 746 | **Alice in Wonderland** | Motion Picture |
| VA 58 920 | Alice - 1 (Alice) | Model Sheet |
| VA 58 919 | Alice - 2 (The White Rabbit) | Model Sheet |
| VA 58 921 | Alice - 3 (Queen of Hearts) | Model Sheet |
| VA 58 922 | Alice - 4 (Cheshire Cat) | Model Sheet |
| VA 58 923 | Alice - 5 (Caterpillar) | Model Sheet |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) | Model Sheet |
| VA 58 922 | March Hare | Model Sheet |
| VA 58 922 | Mad Hatter | Model Sheet |
| RE 64 027 | **Peter Pan** | Motion Picture |
| RE 66 285 | Peter Pan | Coloring Book |
| RE 66 285 | Tinkerbell | Coloring Book |
| RE 66 285 | Captain Hook | Coloring Book |
| RE 66 285 | Mr. Smee | Coloring Book |
| RE 66 285 | Nana | Coloring Book |
| RE 162 852 | **Lady and the Tramp** | Motion Picture |
| RE 101 764 | Lady | Previews of Pictures |
| RE 101 764 | Tramp | Previews of Pictures |
| RE 296 296 | **Sleeping Beauty** | Motion Picture |
| RE 246 671 | Princess Aurora | Book |
| RE 246 671 | Prince Phillip | Book |
| RE 246 671 | Maleficent/Dragon | Book |
| RE 370 901 | **One Hundred and One Dalmatians** | Motion Picture |
| RE 546 478 | **The Sword in the Stone** | Motion Picture |
| RE 557 357 | Archimedes | Copyright Booklet |
| RE 557 357 | Merlin | Copyright Booklet |
| RE 557 357 | Wart/Arthur | Copyright Booklet |
| RE 557 357 | Madame Mim | Copyright Booklet |
| RE 571 201 | **Mary Poppins** | Motion Picture |
| RE 705 510 | **The Jungle Book** | Motion Picture |
| RE 679 798 | Mowgli | Drawing |
| RE 679 799 | Baloo | Drawing |
| RE 679 795 | Bagheera | Drawing |
| RE 679 805 | King Louie | Drawing |
| RE 679 797 | Kaa | Drawing |
| RE 679 807 | Shere Khan | Drawing |
| Lp 38 283 | **The Aristocats** | Motion Picture |
| Gu 44 754 | O'Malley | Drawing |
| Gu 44 750 | Duchess | Drawing |
| Gu 44 748 | Edgar | Drawing |
| Gu 44 745 | Roquefort | Drawing |
| Lp 39 817 | **Bedknobs and Broomsticks** | Motion Picture |
| Gu 46 904 | Crocky | Drawing |
| Gu 46 908 | Sailor Bear | Drawing |
| Gu 46 906 | Codfish | Drawing |

| Gu 46 917 | Secretary Bird | Drawing |
|---|---|---|
| LP 42 905 | **Robin Hood** | Motion Picture |
| Gu 46 582 | Robin Hood | Drawing |
| Gu 46 583 | Little John | Drawing |
| Gu 46 584 | Sir Hiss | Drawing |
| Gu 47 230 | Sheriff of Nottingham | Drawing |
| Gu 47 762 | Friar Tuck | Drawing |
| Gu 46 585 | Prince John | Drawing |
| Gu 50 764 | Maid Marion | Drawing |
| Gu 50 763 | Lady Cluck | Drawing |
| Lp 49 678 | **The Rescuers** | Motion Picture |
| Gp 96 289 | Miss Bianca | Drawing |
| Gp 96 286 | Orville | Drawing |
| Gp 96 288 | Madame Medusa | Drawing |
| Gp 96 287 | Bernard | Drawing |
| Gp 103 814 | Penny | Drawing |
| Gu 57 278 | Rufus | Drawing |
| Gu 56 625 | Evinrude | Drawing |
| PA 1 371 | **Pete's Dragon** | Motion Picture |
| Gp 111 695 | Elliott the Dragon | Drawing |
| PA 125 861 | **The Fox and the Hound** | Motion Picture |
| VAu 10 933 | Todd (Young) | Drawing |
| VAu 10 930 | Copper (Pup) | Drawing |
| VAu 10 936 | Vixey | Drawing |
| VAu 10 928 | Big Mama | Drawing |
| VAu 12 417 | Dinky | Drawing |
| VAu 12 418 | Boomer | Drawing |
| VAu 12 415 | Squeeks | Drawing |
| PA 252 525 | **The Black Cauldron** | Motion Picture |
| VAu 24 517 | Eilonwy | Drawing |
| VAu 29 561 | Fflewddur | Drawing |
| VAu 24 518 | Gurgi | Drawing |
| VAu 24 070 | Hen Wen | Drawing |
| VAu 24 592 | The Horned King | Drawing |
| VAu 24 519 | Taran | Drawing |
| VAu 47 075 | Orddu | Drawing |
| VAu 47 073 | Orgoch | Drawing |
| VAu 47 074 | Orwen | Drawing |
| PA 290 808 | **The Great Mouse Detective** | Motion Picture |
| VAu 76 103 | Basil 185-126 | Model Sheet |
| VAu 76 102 | Dr. Dawson 1284-80 | Model Sheet |
| VAu 81 570 | Olivia | Model Sheet |
| VAu 76 100 | Ratigan 285-166 | Model Sheet |
| VAu 81 572 | Fidget | Model Sheet |
| VAu 81 571 | Flaversham | Model Sheet |
| VAu 86 112 | Felicia - Clean Up Model 0238 | Model Sheet |
| VAu 76 104 | Toby 285-170 | Model Sheet |
| VAu 85 019 | Mrs. Judson | Model Sheet |

| | | |
|---|---|---|
| VAu 85 021 | Queen Victoria | Model Sheet |
| VAu 85 022 | Bartholomew | Model Sheet |
| PA 385 556 | **Oliver and Company** | Motion Picture |
| VAu 104 921 | Dodger Construction Sheets | Model Sheet |
| VAu 104 920 | Einstein Construction Sheets | Model Sheet |
| VAu 104 919 | Frances Construction Sheets | Model Sheet |
| VAu 104 916 | Rita Construction Sheets | Model Sheet |
| VAu 109 377 | Oliver Rough Model | Model Sheet |
| VAu 109 379 | Tito - Ruff Model | Model Sheet |
| VAu 119 949 | How to Draw Georgette | Model Sheet |
| PA 431 543 | **The Little Mermaid** | Motion Picture |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) | Drawings |
| VAu 123 351 | Scuttle | Drawings |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) | Drawings |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) | Drawings |
| VAu 123 352 | Prince Eric | Drawings |
| VAu 123 350 | Triton | Drawings |
| VAu 123 353 | Flotsam/Jetsam | Drawings |
| VAu 123 349 | Flounder | Drawings |
| PAu 1 024 341 | **DuckTales** | Motion Picture |
| VAu 101 067 | Launchpad McQuack | Pamphlet of Drawings |
| VAu 101 067 | Webby | Pamphlet of Drawings |
| VAu 101 067 | Doofus | Pamphlet of Drawings |
| VAu 101 067 | Mrs. Beakley | Pamphlet of Drawings |
| VAu 101 067 | Duckworth | Pamphlet of Drawings |
| PA 486 535 | **The Rescuers Down Under** | Motion Picture |
| VAu 161 749 | Cody | Model Sheets |
| VAu 155 884 | Jake (Rough Models) | Model Sheets |
| VAu 155 844 | McLeach (Rough Model) | Model Sheets |
| VAu 170 264 | Marahute (Rough Model) | Model Sheets |
| PA 542 647 | **Beauty and the Beast** | Motion Picture |
| VAu 200 866 | Belle (Beauty and the Beast) | Artwork |
| VAu 210 914 | Beast | Licensing Kit |
| VAu 194 311 | Maurice (Beauty and the Beast) | Artwork |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) | Artwork |
| VAu 200 868 | Cogsworth (Beauty and the Beast) | Artwork |
| VAu 194 310 | Lumiere (Beauty and the Beast) | Artwork |
| VAu 201 337 | Chip (Beauty and the Beast) | Artwork |
| VAu 194 307 | Gaston (Beauty and the Beast) | Artwork |
| VAu 194 309 | LeFou (Beauty and the Beast) | Artwork |
| VAu 199 856 | Phillipe (Beauty and the Beast) | Artwork |
| VAu 200 869 | Featherduster (Beauty and the Beast) | Artwork |
| PA 583 905 | **Aladdin** | Motion Picture |
| VAu 215 432 | Aladdin - Aladdin | Model Sheet |

A       PAGE 9

| | | |
|---|---|---|
| VAu 215 453 | Aladdin - Genie | Model Sheet |
| VAu 215 793 | Aladdin - Abu | Model Sheet |
| VAu 218 349 | Aladdin - Iago | Model Sheet |
| VAu 230 534 | Aladdin - Rasoul | Model Sheet |
| VAu 218 348 | Aladdin - The Sultan | Model Sheet |
| VAu 230 533 | Aladdin - Jafar | Model Sheet |
| VAu 221 841 | Aladdin - Jasmine | Model Sheet |
| VAu 221 842 | Aladdin - Jafar as Beggar | Model Sheet |
| VAu 232 164 | Aladdin - Narrator | Model Sheet |
| PA 659 979 | **The Lion King** | Motion Picture |
| VAu 246 448 | The Lion King - Mufasa | Model Sheet |
| VAu 245 946 | The Lion King - Sarabi | Model Sheet |
| VAu 246 447 | The Lion King - Simba | Model Sheet |
| VAu 246 440 | The Lion King - Young Simba | Model Sheet |
| VAu 246 438 | The Lion King - Nala | Model Sheet |
| VAu 246 664 | The Lion King - Young Nala | Model Sheet |
| VAu 245 947 | The Lion King - Rafiki | Model Sheet |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed | Model Sheet |
| VAu 246 437 | The Lion King - Pumbaa | Model Sheet |
| VAu 245 662 | The Lion King - Timon | Model Sheet |
| VAu 246 446 | The Lion King - Scar | Model Sheet |
| VA 611 201 | Zazu | Licensing Kit |
| PA 720 179 | **Pocahontas** | Motion Picture |
| VAu 262 859 | Pocahontas - Pocahontas Standing | Artwork |
| VAu 261 970 | Pocahontas - Powhatan | Artwork |
| VAu 261 967 | Pocahontas - Percy | Artwork |
| VAu 302 884 | Pocahontas - John Smith | Artwork |
| VAu 302 886 | Pocahontas - Meeko the Raccoon | Artwork |
| VAu 302 883 | Pocahontas - Flit the Hummingbird | Artwork |
| VAu 300 559 | Pocahontas - Ratcliffe | Artwork |
| VAu 302 885 | Pocahontas - Grandmother Willow | Artwork |
| PA 765 713 | **Toy Story** | Motion Picture |
| VAu 337 565 | Toy Story - Woody | Artwork |
| VAu 337 566 | Toy Story - Buzz Lightyear | Artwork |
| VAu 337 567 | Toy Story - Hamm | Artwork |
| VAu 337 568 | Toy Story - Rex | Artwork |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep | Artwork |
| VAu 337 186 | Toy Story - Lenny | Artwork |
| VAu 273 627 | Toy Story - Mom | Artwork |
| VAu 348 598 | Toy Story - Andy | Artwork |
| VAu 348 599 | Toy Story - Hannah | Artwork |
| PA 795 221 | **The Hunchback of Notre Dame** | Motion Picture |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo | Model Sheet |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda | Model Sheet |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus | Model Sheet |
| VAu 336 057 | The Hunchback of Notre Dame - Djali | Model Sheet |

A

Page 10

| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles | Model Sheets |
| VAu 336 058 | The Hunchback of Notre Dame - Clopin | Model Sheet |
| VAu 336 059 | The Hunchback of Notre Dame - Frollo | Model Sheet |
| VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll | Model Sheet |
| PA 670 961 | **Hercules** | Motion Picture |
| VAu 369 603 | Hercules - Hercules | Model Sheets |
| VAu 369 600 | Hercules - Baby Hercules | Model Sheets |
| VAu 367 973 | Hercules - Meg | Model Sheets |
| VAu 369 605 | Hercules - Pegasus | Model Sheets |
| VAu 369 598 | Hercules - Baby Pegasus | Model Sheets |
| VAu 367 965 | Hercules - Phil | Model Sheets |
| VAu 367 964 | Hercules - Hades | Model Sheets |
| VAu 367 969 | Hercules - Pain | Model Sheets |
| VAu 375 850 | Hercules - Panic | Model Sheets |
| VAu 377 944 | Hercules - Hydra Head | Model Sheet |
| PA 799 025 | **Mulan** | Motion Picture |
| VA 849 510 | Mulan | Style Guide |
| VAu 379 045 | The Legend of Mulan - Mulan | Model Sheets |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping | Model Sheets |
| VAu 379 021 | The Legend of Mulan - Mushu | Model Sheets |
| VAu 379 024 | The Legend of Mulan - Shang | Model Sheets |
| VAu 378 480 | The Legend of Mulan - Kahn | Model Sheets |
| VAu 381 069 | The Legend of Mulan - Cricket | Model Sheets |
| PA 901 890 | **A Bug's Life*** | Motion Picture |
| VA 875 986 | A Bug's Life* | Style Guide |
| VAu 399 357 | Flik* | Model Sheets |
| VAu 399 356 | Hopper* | Model Sheets |
| VAu 399 351 | Atta* | Model Sheets |
| VAu 399 349 | Dot* | Model Sheets |
| VAu 399 343 | Dim* | Model Sheets |
| VAu 399 352 | Tuck & Roll* | Model Sheets |
| VAu 399 350 | Francis* | Model Sheets |
| VAu 399 348 | Heimlich* | Model Sheets |
| VAu 399 353 | Slim* | Model Sheets |
| VAu 399 342 | Rosie* | Model Sheets |
| VAu 399 346 | P.T. Flea* | Model Sheets |
| VAu 399 345 | Manny* | Model Sheets |
| VAu 399 344 | Gypsy* | Model Sheets |
| VAu 399 347 | Thumper* | Model Sheets |
| VAu 399 354 | Molt* | Model Sheets |
| VAu 399 355 | Queen* | Model Sheets |
| PA 959 870 | **Toy Story 2*** | Motion Picture |
| VAu 414 563 | Toy Story 2 - Al's Car* | Model Sheet |
| VAu 405 573 | Toy Story 2 - Bullseye* | Model Sheet |
| VAu 406 700 | Toy Story 2 - Coffee Table* | Model Sheet |

| VAu 407 195 | Toy Story 2 - Cushy Chair* | Model Sheet |
|---|---|---|
| VAu 405 571 | Toy Story 2 - Emporer Zurg* | Model Sheet |
| VAu 405 572 | Toy Story 2 - Jessie* | Model Sheet |
| VAu 405 197 | Toy Story 2 - L'il Yuppie* | Model Sheet |
| VAu 405 574 | Toy Story 2 - Prospector* | Model Sheet |
| VAu 407 196 | Toy Story 2 - Wood Chair* | Model Sheet |
| VA960 902 | Toy Story 2 - Style Guide* | Style Guide |
| PA 974 011 | **Dinosaur** | Motion Picture |
| VAu 486 473 | Aladar | Model Sheet |
| VAu 486 477 | Baylene | Model Sheet |
| VAu 486 476 | Bruton | Model Sheet |
| VAu 486 478 | Eema | Model Sheet |
| VAu 486 475 | Kron | Model Sheet |
| VAu 486 474 | Neera | Model Sheet |
| VAu 486 472 | Plio | Model Sheet |
| VAu 486 479 | Suri | Model Sheet |
| VAu 486 471 | Yar | Model Sheet |
| VA 996 530 | Dinosaur - Phase I | Style Guide |
| VA 992 942 | Dinosaur - Phase II | Style Guide |
| PA 940 885 | **The Emperor's New Groove** | Motion Picture |
| VA 999 573 | Emporer's New Groove | Style Guide |
| VAu 479 682 | Kronk | Model Sheet |
| VAu 479 685 | Kuzco | Model Sheet |
| VAu 479 683 | Kuzco Llama | Model Sheet |
| VAu 479 684 | Pacha | Model Sheet |
| VAu 479 681 | Yzma | Model Sheet |
| VA 1-242-351 | The Incredibles | Style Guide |



Exhibit B

## EXHIBIT B

## DISNEY'S TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| The Lion King | Design Plus Words, Letters, and/or Numbers | 19400193 | 12/5/95 |
| Pooh | Design Plus Words, Letters, and/or Numbers | 1982916 | 6/25/96 |
| Disney Babies | Design Plus Words, Letters, and/or Numbers | 2412749 | 12/12/00 |
| Classic Pooh | Design Plus Words, Letters, and/or Numbers | 2421065 | 1/16/01 |
| Mickey For Kids | Design Plus Words, Letters, and/or Numbers | 2461981 | 6/19/01 |
| Piglet | Design Only | 2,700,618 | 3/25/03 |
| Donald Duck | Design Only | 2,700,620 | 3/25/03 |
| Minnie Mouse | Design Only | 2,700,619 | 3/25/03 |
| Mickey Mouse | Design Only | 2,704,887 | 4/8/03 |
| Daisy Duck | Design Only | 2704890 | 4/8/03 |
| Pooh | Design Only | 2,704,888 | 4/8/03 |
| Eeyore | Design Only | 2704886 | 4/8/03 |
| Pluto | Design Only | 2,707,323 | 4/15/03 |
| Goofy | Design Only | 2,721,608 | 6/3/03 |
| Mickey Mouse | Design Only | 2781641 | 11/11/03 |
| Mickey Mouse Head | Design Only | 2784058 | 11/18/03 |
| Tigger | Design Only | 2,860,445 | 7/6/04 |
| Walt Disney's Bambi | Design Plus Words, Letters, and/or Numbers | 2889386 | 9/28/04 |

| Walt Disney's Snow White & The Seven Dwarfs | Design Plus Words, Letters, and/or Numbers | 2891463 | 10/5/04 |
|---|---|---|---|
| Walt Disney's Alice in Wonderland | Design Plus Words, Letters, and/or Numbers | 2895968 | 10/19/04 |
| Walt Disney's Dumbo | Design Plus Words, Letters, and/or Numbers | 2895969 | 10/19/04 |
| Walt Disney's Peter Pan | Design Plus Words, Letters, and/or Numbers | 2895967 | 10/19/04 |
| Walt Disney's Lady and the Tramp | Design Plus Words, Letters, and/or Numbers | 2897511 | 10/26/04 |
| Walt Disney's The Jungle Book | Design Plus Words, Letters, and/or Numbers | 2976340 | 7/26/05 |
| Walt Disney's Cinderella | Design Plus Words, Letters, and/or Numbers | 3057988 | 2/7/06 |
| Cars | Design Plus Words, Letters, and/or Numbers | 3,166,829 | 10/31/06 |

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On February 20, 2008 I served on the interested parties in this action with the:

- JOINT STIPULATION RE ENTRY OF CONSENT DECREE
- [PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION

for the following civil action:

Disney Enterprises, Inc. v. Tan at the Beach Tanning Salon, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Thomas W. Scroggins<br>Tanner & Guin, LLC<br>2711 University Boulevard (35401-1465)<br>P.O. Box 3206<br>Tuscaloosa, Alabama 35403-3206 | Stephen T. Frank<br>1114 State Street, Suite 271<br>Santa Barbara, California 93101 |

Place of Mailing: Glendale, California
Executed on February 20, 2008 at Glendale, California

Nicole L. Drey